# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENNEVER LIVINGSTON,** | : | CIVIL NO. 1:15-CV-1025 |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **WARDEN LENARD ODDO,** | : | |
| Respondent | : | |

## ORDER

AND NOW, this 21st day of December, 2015, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DENIED.

2. The Clerk of Court is directed to CLOSE this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

　　　　　　　　　　　　　　　　　　　 /S/ CHRISTOPHER C. CONNER
　　　　　　　　　　　　　　　　　　　Christopher C. Conner, Chief Judge
　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　Middle District of Pennsylvania